In the Matter of the Claim of PRESTON H. CLINGAN, Respondent, against HARRIS STRUCTURAL STEEL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.